STATE OF CONNECTICUT *v.* WILLIAM MCCLEESE

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 510 (AC 26289), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, senior assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided April 25, 2006

STATE OF CONNECTICUT *v.* LATROY HOLMES

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 494 (AC 26344), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*James B. Streeto*, assistant public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided April 25, 2006

STATE OF CONNECTICUT *v.* ANDRE WALTERS

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 297 (AC 26651), is denied.